UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for PennyMac Loan Services, LLC<br>R.A. LEBRON, ESQ.<br>ZPNM004<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MICHELLE A. RYBAK<br>aka MICHELLE ANNETTE RYBAK<br>aka MICHELLE RYBAK<br><br>  Debtor(s). | Case No.:   22-18068 JNP<br><br>Chapter:    13<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PennyMac Loan Services, LLC. This party is a party in interest in this case pursuant to a mortgage dated December 14, 2018 and recorded in the Office of the CUMBERLAND County Clerk/Register on December 19, 2018 in Mortgage Book 04174, Page 7458, and is a secured creditor in the foreclosure action. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                        Counsellors at Law
                        7 Century Drive - Suite 201
                        Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                          **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                          Attorneys for PennyMac Loan Services, LLC

Dated: <u>October 26, 2022</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                         R.A. LEBRON, ESQ.

Case No.:   22-18068 JNP