## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:** | Case No.   22-18068 (JNP) |
| | Hearing Date:   N/A |
| **MICHELLE A. RYBAK** | Judge:   Jerrold N. Poslusny, Jr. |
| **Debtor(s)** | |

CERTIFICATION OF CONSENT
RESOLVING BAD FAITH FILINGS AND
ALLOWING CASE TO CONTINUE

I, **ISABEL C. BALBOA,** Chapter 13 Standing Trustee, certify that with respect to the copy of the above-captioned Consent Order submitted to the Court, the following conditions have been met;

(a)  The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b)  The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)  If submitting the Consent Order and this Certification to the Court electronically via the presiding Judge's e mail box, as a registered Participant of the Court's Case Management / Electronic Files (CM/ECF) System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee