UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

Order Filed on December 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELLE A. RYBAK

               Debtor(s)

Case No. 22-18068 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 2, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Michelle A. Rybak
Case No.    22-18068 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 22-18068 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.

| | |
|---|---|
| /s/ Seymour Wasserstrum | 11/17/2022 |
| Law Office of Seymour Wasserstrum | Date |
| Debtor's Attorney | |
| | |
| /s/ Isabel C. Balboa | 11/22/2022 |
| Isabel C. Balboa | Date |
| Chapter 13 Standing Trustee | |