UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

Order Filed on December 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELLE A. RYBAK

Debtor(s)

Case No. 22-18068 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 2, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:       Michelle A. Rybak
Case No.    22-18068 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 22-18068 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.


/s/ Seymour Wasserstrum                          11/17/2022
Law Office of Seymour Wasserstrum        Date
Debtor's Attorney


/s/ Isabel C. Balboa                                       11/22/2022
Isabel C. Balboa                                            Date
Chapter 13 Standing Trustee

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18068-JNP |
| Michelle A. Rybak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

**Recip ID          Recipient Name and Address**
db              + Michelle A. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:

**Name                    Email Address**

Denise E. Carlon
              on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
              on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust J ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
              ecfmail@standingtrustee.com  summarymail@standingtrustee.com

R. A. Lebron
              on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com

Seymour Wasserstrum

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 05, 2022 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7