UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

 Michelle A. Rybak,

 Debtor.

Case No.:  ___22-18068-JNP___

Chapter:  ___13___

Hearing Date:  ___12/21/2022___

Judge:  ___Poslusny___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 23) _____

_____

Date: _12/20/2022_____          /s/ Denise Carlon_____
                                     Signature

*rev.8/1/15*