| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CGG 19-026999<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J | Order Filed on January 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHELLE A. RYBAK,<br>                  DEBTOR | Case No.: 22-18068-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 5, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Seymour Wasserstrum, attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust J, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 8730 Ferry Road, Millville, NJ 08332.

2. At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $41,286.18; as evidenced in Secured Creditor's Proof of Claim 13-1 filed on December 19, 2022.

3. Debtor(s) agrees to incorporate this amount, $41,286.18, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $960.82 monthly, directly to Secured Creditor.

5. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 11, 2022; ECF Doc.:19.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan that may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
_____        Date: 1-4-2023
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____        Date: 1/4/23
Seymour Wasserstrum, Esquire
Attorney for the Debtor(s)