LAW OFFICE OF SEYMOUR WASSERSTRUM
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: **Michelle A. Rybak**  Case No: **22-18068/JNP**
Chapter: 13

## NOTICE OF AMENDMENT TO SCHEDULE D, E/F, G OR H OR LIST OF CREDITORS

TAKE NOTICE:

1. The debtor, **Michelle A. Rybak**, filed a bankruptcy petition on **October 11, 2022**.
2. The first meeting of creditors was scheduled for **January 12, 2023,** at 10:00 a.m. Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the Trustee appointed to the case for access or call-in information.
3. The Confirmation of the Chapter 13 Plan was/is scheduled for **March 15, 2023.**
4. A proof of claim may need to be filed prior to **December 20, 2022**.
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors is enclosed.
7. The deadline to file a complaint objecting to Discharge of the Debtor or to determine dischargeability of Debt is **January 9, 2023**.
8. A copy of the amended schedule is enclosed.
9. A copy of the Chapter 13 Plan is enclosed.

Dated: February 1, 2023                                Law Office of Seymour Wasserstrum

/s/ Seymour Wasserstrum, Esq
By: Seymour Wasserstrum, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | |
| In Re:<br><br>**Michelle A. Rybak** | Case No.: **22-18068**<br>Chapter: 13<br>Adv. No.: N/A<br>Hearing Date: **3/15/2023**<br>Judge: **JNP** |

## CERTIFICATION OF SERVICE

1.  I, <u>Llaylin Hernandez-Perez</u>:

    ☐  represent the _____ in the above-captioned matter.

    ☒  am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐  am the _____ in the above case and am representing myself.

2.  On <u>February 1, 2023</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors; Amended Schedule D, E/F, G or H or List of Creditors; Chapter 13 Plan**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>February 1, 2023</u>                         /s/ Llaylin Hernandez-Perez
                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Midland Mortgage Company<br>Po Box 268959<br>Oklahoma City OK 73126-0000<br><br>City Of Vineland<br>640 E Wood St - Po Box 1508<br>Tax Office<br>Vineland NJ 08362-0000<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>Internal Revenue Service<br>Po Box 725 Special Procedures Function<br>Springfield, NJ 07081<br><br>Internal Revenue Service<br>Special Procedure Branch<br>P.O. Box 744<br>Springfield, NJ 07081<br><br>Office Of The Attorney General<br>22 Market Street, PO Box 112<br>Div Of Law, Richard J Hughes Justice Com<br>Trenton NJ 08625-0112<br><br>State Of New Jersey<br>P.O. Box 245<br>Dept Of Treasury-Division Of Taxation<br>Trenton NJ 08695-0245<br><br>Bank Of America<br>4060 Ogletown Stanton Rd<br>Newark DE 19713-0000 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Discover Bank<br>PO Box 15316<br>Wilmington DE 19850-5316<br><br>Macys/Citi Bank, N.A.<br>911 Duke Blvd<br>Mason OH 45040-0000<br><br>Portfolio Recovery Associates<br>120 Corporate Blvd Ste 100<br>Norfolk VA 23502-0000<br><br>South Jersey Gas<br>PO Box 6091<br>Bellmawr NJ 08099-0000<br><br>The Landis Sewerage<br>1776 S. Mill Road<br>Vineland NJ 08360-0000<br><br>Truist Bank<br>PO BOX 1847<br>Wilson NC 27894-0000<br><br>Verizon Wireless/Southeast<br>PO Box 26055<br>Minneapolis MN 55426-0000<br><br>Vineland Municpal Utilities<br>640 E. Wood St P.O. Box 1508<br>Vineland NJ 08362-0000<br><br>WF/FMG<br>PO Box 14517<br>Des Moines IA 50306-0000 | | |

*rev.8/1/16*