```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 19-026999
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WILMINGTON SAVINGS
FUND SOCIETY, FSB, AS TRUSTEE OF
STANWICH MORTGAGE LOAN TRUST J

In Re:

MICHELLE A. RYBAK,

DEBTOR

Case No.: 22-18068
Adv. Pro. No.:
Chapter: 13
Subchapter V: ☐ Yes ☒ No
Hearing Date: 02/21/2023
Judge: JNP

## ADJOURNMENT REQUEST

1. I, Elizabeth L. Wassall, Esquire,

   ☒ am the attorney for: Secured Creditor,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay ECF: 33

   Current hearing date and time: 02/21/2023 at 11:00 am

   New date requested: 03/21/2023 at 11:00 am

   Reason for adjournment request: To work on Consent Order

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____2-15-2023_____          /s/Elizabeth L. Wassall
                                                 _____
                                                 Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted          New hearing date: __3/21/2023 at 11am_____          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____   ❏ Peremptory

❏ Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2