| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CGG 19-026999<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esquire – 023211995<br>ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J |

| In Re: | Case No.: 22-18068-JNP |
|---|---|
| MICHELLE A. RYBAK,<br>                            DEBTOR | Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CERTIFICATION OF CONSENT
## REGARDING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

      I certify that with respect to the AMENDED Consent Order Resolving Objection to Confirmation of Chapter 13 Plan and Vacating Automatic Stay and Co-Debtor Stay submitted to the Court, the following conditions have been met.

      (a)      The terms of the consent order are identical to those set forth in the original consent order;

      (b)      The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

      (c)      I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

      (d)      I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

      ☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☑ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/   )


Date:  4-28-2023                                    */s/Elizabeth L. Wassall*
                                                                  Elizabeth L. Wassall, Esquire