UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michelle A. Rybak a/k/a Michelle Annette Rybak a/k/a Michelle Rybak,

Debtor.

Case No.:        22-18068-JNP

Chapter:              13

Hearing Date:     05/09/2023

Judge:           Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1575 South Myrtle Street (Docket # 48)

_____

Date: 05/08/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*