Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−18068−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle A. Rybak
   aka Michelle Annette Rybak, aka Michelle
   Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−7921

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 10, 2023 and a confirmation hearing on such Plan has been scheduled for May 3, 2023.

The debtor filed a Modified Plan on May 11, 2023 and a confirmation hearing on the Modified Plan is scheduled for June 21, 2023 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 12, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-18068-JNP
Michelle A. Rybak     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: May 12, 2023     Form ID: 186     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519751132 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 519733862 | | Macys/Citi Bank, N.A., 911 Duke Blvd, Mason, OH 45040 |
| 519751143 | + | Matthew S. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519751140 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519733866 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519751141 | + | The Landis Sewerage, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 519751142 | + | Vineland Municpal Utilities, 640 E. Wood St P.O. Box 1508, Vineland, NJ 08362-1508 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2023 20:52:48 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519757607 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2023 20:52:43 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519787638 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2023 20:52:47 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519733857 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2023 20:34:00 | Bank Of America, 4060 Ogletown Stanton Rd, Newark, DE 19713 |
| 519741535 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2023 20:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519859136 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 12 2023 20:34:00 | Carrington Mortgage Services, 1610 E. Saint Andrew Place, Santa Ana, California 92705-4941 |
| 519733858 | | Email/Text: mrdiscen@discover.com | May 12 2023 20:34:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519733861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2023 20:35:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519791937 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 12 2023 20:39:44 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519733863 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 12 2023 20:52:48 | Midland Mortgage Company, Po Box 268959, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73126-8959 |
| 519768902 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 12 2023 20:35:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519733864 | ^ | MEBN | May 12 2023 20:31:19 | Office Of The Attorney General, 22 Market Street, PO Box 112, Div Of Law, Richard J Hughes Justice Com, Trenton, NJ 08625-0112 |
| 519733865 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 20:40:16 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519769142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 20:52:32 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519859135 | + | Email/PDF: ebnotices@pnmac.com | May 12 2023 20:52:40 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, California 90051-4387 |
| 519786058 | + | Email/PDF: ebnotices@pnmac.com | May 12 2023 20:39:32 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 519847907 | + | Email/Text: mtgbk@shellpointmtg.com | May 12 2023 20:35:00 | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, ATTN: CUSTOMER SERVICE DEPARTMENT, GREENVILLE, SC 29603, SHELLPOINT MORTGAGE SERVICING, P.O. BOX 29603-0826 |
| 519847906 | + | Email/Text: mtgbk@shellpointmtg.com | May 12 2023 20:35:00 | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, ATTN: CUSTOMER SERVICE DEPARTMENT, GREENVILLE, SC 29603-0826 |
| 519751140 | ^ | MEBN | May 12 2023 20:32:58 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519744332 | + | Email/PDF: ebn_ais@aisinfo.com | May 12 2023 20:39:27 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733867 | + | Email/Text: bankruptcy@bbandt.com | May 12 2023 20:35:00 | Truist Bank, PO BOX 1847, Wilson, NC 27894-1847 |
| 519787408 | + | Email/PDF: ebn_ais@aisinfo.com | May 12 2023 20:39:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733869 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 12 2023 20:34:00 | Verizon Wireless/Southeast, PO Box 26055, Minneapolis, MN 55426-0055 |
| 519733870 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 12 2023 20:52:39 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 519785476 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 12 2023 20:52:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519794018 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 12 2023 20:34:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519733859 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519733860 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519733868 | *+ | Truist Bank, PO BOX 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 12, 2023 | Form ID: 186 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust J ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor NEWREZ  LLC DBA SHELLPOINT MORTGAGE SERVICING bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8