B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

In re   Michelle A. Rybak                       Case No.   22-18068-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PennyMac Loan Services, LLC | NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**PennyMac Loan Services, LLC**
**P.O. Box 2410**
**Moorpark, CA 93020**

Court Claim # (if known):   6-1
Amount of Claim:   $109,544.79
Date Claim Filed:   December 8, 2022

Phone:   800-777-4001
Last Four Digits of Acct #   3305

Phone:   800-365-7107
Last Four Digits of Acct #   4642

Name and Address where transferee payments should be sent (if different from above):
**PennyMac Loan Services, LLC**
**P.O. Box 660929**
**Dallas, TX 75266-0929**

Phone:   800-777-4001
Last Four Digits of Acct #:   3305

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Phillip  Raymond                                Date:   08/07/2023
     Authorized Agent for Transferee

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re: <br> Michelle A. Rybak | Bankruptcy Case No.: 22-18068-JNP <br><br> Chapter: 13 <br><br> Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATE OF SERVICE

I, Phillip Raymond, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michelle A. Rybak
1575 S. Myrtle St.
Vineland, NJ 08360

Seymour Wasserstrum                         *(served via ECF Notification)*
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360

Isabel C. Balboa, Trustee                    *(served via ECF Notification)*
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

U.S. Trustee                                 *(served via ECF Notification)*
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   08/07/2023            By:   /s/Phillip Raymond
                   (date)                  Phillip Raymond
                                           Authorized Agent for Transferee

**PENNYMAC**
P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**WELCOME TO PENNYMAC**
Your Home Loan Servicer

PENNYMAC.COM

800.777.4001

M - F:  5 AM - 6 PM (PT)
SAT:    7 AM - 11 AM (PT)

To find free or low-cost HUD-certified housing agencies in your area, please call 800.569.4287, or contact the Homeownership Preservation Foundation at 888.995.HOPE

*Se Habla Español.*

JENNIFER L REEVES
RONALD C REEVES SR
700 9TH ST N
MILLVILLE NJ 08332

**July 27, 2023**
**Property Address:**   700 N 9TH ST
                       MILLVILLE, NJ 08332

**Loan Number:**

Dear JENNIFER REEVES,

**Welcome to Pennymac!**
We are pleased to inform you that the servicing of your mortgage loan has transferred from Shellpoint Mortgage Servicing to PennyMac Loan Services, LLC ("PennyMac"), effective July 24, 2023. This means that after this date, Pennymac will be collecting your mortgage loan payments from you and servicing your mortgage loan. Nothing else about your loan will change.

**Start sending your payments to Pennymac**
Our records show that payments on your home loan are **past due** and you are due for your November 1, 2021 payment and subsequent payments. Shellpoint Mortgage Servicing was collecting your payments prior to July 24, 2023. Pennymac will collect your payment made on and after July 24, 2023.

As your servicer, Pennymac stresses the importance of making timely mortgage payments each month. In the event you experience financial hardship that may negatively impact your ability to make your mortgage payment on time, we urge you to contact us right away.

Pennymac has many convenient ways to make your payment as described on the following page. If you pay by check, you may use the coupon provided below.

**Call Pennymac today on ways to avoid foreclosure**
You may have already received an official Notice of Intent to Foreclose, but you may still have time to consider options before foreclosure begins. Call Pennymac today toll-free at **(866) 545-9070** to discuss ways to keep your home.

Sincerely,
Pennymac Loan Services, LLC

Please see the Important Legal Notices page for additional information.

We are required by law to inform you that this communication is from a debt collector and any information obtained will be used for that purpose. However, if your mortgage loan is subject to pending bankruptcy or you have received a discharge in bankruptcy, this letter is for informational purposes and is not an attempt to collect a debt against you personally.

-----------------------------------------------------------------------------------------------------------

**PAYMENT COUPON – Detach and Return With Your Payment Made Payable to: PENNYMAC LOAN SERVICES, LLC**

**PENNYMAC**

Payment Due: $583.57

Payment Due Date:  November 1, 2021

Loan Number:

PENNYMAC LOAN SERVICES, LLC
PO BOX 660929
DALLAS, TX 75266-0929

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other | $ |
| Total Amount Enclosed | $ |

Please write the loan number on the front of your check

JENNIFER L REEVES
RONALD C REEVES SR
700 9TH ST N
MILLVILLE NJ 08332

---

### Important Information About Mailed Payments

- **Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PT. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PT. Payments not processed the same day are effective dated to the date of receipt.**
- **Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.**
- **Please do not send cash. Payment instructions are limited to the information provided by PennyMac on the payment coupon only.**
- **Please sign and write your account number on your check or money order.**

### Periodic & Partial Payment Policy

If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding escrow shortages and fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment due plus an exact match to outstanding late changes due on the loan, PennyMac may apply the excess funds to late charge due amounts rather than applying excess funds to an escrow shortage. If the money you sent wasn't enough for a payment, it will be applied to your loan as unapplied funds. We may accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non-interest bearing account until additional funds sufficient to equal a periodic payment are received.

# Quick Start Guide to Managing Your Pennymac Loan

## Important Contact Information

You may contact us or your prior servicer for any questions you have on this servicing transfer:

**Pennymac Customer Service:** Our Customer Service Representatives are available 5:00 am to 6:00 pm Monday through Friday, and 7:00 am to 11:00 am Saturday (Pacific Time). Our toll-free number is (800) 777-4001. Or write to us at P.O. Box 514387, Los Angeles CA 90051-4387

**Shellpoint Mortgage Servicing**
ATTN: CUSTOMER SERVICE
PO Box 10826
Greenville, SC 29603
(800) 365-7107

**Correspondence:** Questions about your loan, address changes, and other correspondence may be mailed to:

Pennymac Loan Services, LLC
Attn: Correspondence Unit
P.O. Box 950002
Fort Worth, TX 76155-9802

Notices of error or information requests must be mailed to this address.

## Escrow Account Disclosure

Pennymac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less, to help cover any unexpected increases in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Tax and Insurance Information

If an escrow or impound account was set up for your loan for the payment of property taxes and hazard insurance, the balance in that account has been transferred to us from your prior servicer.

You must notify your insurance carrier that your loan has transferred to Pennymac and provide the following address for billing purposes:

**Mortgagee Clause:**
Pennymac Loan Services, LLC
Its Successors and/or Assigns
P.O. Box 6618
Springfield, OH 45501-6618

## How to Make a Payment

**By Mail:** Mail your payment to Pennymac at:

**Standard Payment Address:**
P.O. Box 30597
Los Angeles, CA 90030-0597

**Overnight Address:**
Attn: Lockbox Operations
20500 Belshaw Ave.
Carson, CA 90746

**Notice About Electronic Check Conversion**
When you provide a check as payment, you authorize Pennymac either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day Pennymac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge of up to $30.00 may be assessed to your loan whether processing your payment as a check or electronic funds transfer transaction.

**By Phone:** Use our automated phone service by calling **(800) 777-4001**

**Online:** Access this option by visiting www.Pennymac.com to Register/Log In to your account. Click on Make-A-Payment, followed by One-Time Payment and follow the easy three step process to schedule your payment

## Optional Insurance

The transfer of servicing rights may affect the terms of or the continued availability of any optional insurance coverage or other membership products.

If your monthly payment included the collection of optional insurance premiums or membership fees, these services will not continue. You should contact the provider of the optional insurance of membership product directly to determine your continuation privileges, if applicable.

## Military Service Members

### How to Sign up for an Individual Military Allotment

- Contact your Personnel Support Detachment (PSD) to inquire about/request an individual allotment.
- Please provide your PSD with our blanket code of ▮ and the funds will be transferred to Pennymac (PNMAC) on the 1st business day of each month.
- If any issues are encountered while attempting to set up the allotment, your PSD may contact Defense Finance and Accounting Services (DFAS) for assistance.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

# Important Legal Notices

PennyMac Loan Services, LLC ("PennyMac") is required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**ARKANSAS:** Licensed by the Arkansas Securities Department. Complaints regarding the servicing of your mortgage may be submitted to the Commissioner at www.securities.arkansas.gov.

**CALIFORNIA:** As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act.

**COLORADO:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE https://coag.gov/car. Our local office is located at 5500 South Quebec Street, Suite 260, Greenwood Village, Colorado 80111, (877) 215-2552.

**HAWAII:** Licensed as a mortgage servicer by the Commissioner of the Division of Financial Institutions of the State of Hawaii. As a borrower, you have certain rights pertaining to complaint resolution, including those set out in this notice, and you have the right to submit complaints to the DFI Commissioner. A DFI complaint form and information about submitting complaints are available at http://cca.hawaii.gov/dfi/file-a-complaint/. Complaints may be mailed to Division of Financial Institutions, DCCA, P.O. Box 2054, Honolulu, HI 96805.

**MAINE:** PennyMac Loan Services, LLC operating hours are 6:00 A.M. until 6:00 P.M. Pacific Time Monday through Friday and 7:00 A.M. until 11:00 A.M. Pacific Time Saturday. You may contact our office during business hours by calling (866) 545-9070.

**MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector. Mortgage Lender License # MC35953.

**MINNESOTA:** This collection agency is licensed by the Minnesota Department of Commerce. This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4).

**NEW YORK:** Under the Fair Debt Collection Practices Act debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. New York City Department of Consumer Affairs Collection Agency License 1294096-DCA, 1467388-DCA, 2038669-DCA, 2040969-DCA, 2076695-DCA, 2079363-DCA. City of Buffalo Collection Agency License 551910. PennyMac is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting www.dfs.ny.gov. **PennyMac utilizes third-party providers during the servicing of your loan. PennyMac remains responsible for all actions taken by its third-party providers**. Licensed Mortgage Banker-NYS Department of Financial Services.

**NORTH CAROLINA:** Licensed by the North Carolina Office of the Commissioner of Banks. Complaints regarding the servicing of your mortgage may be submitted to the Office of the Commissioner of Banks, 316 W. Edenton Street, Raleigh, NC 27603, (919) 733-3016. Licensed by the North Carolina Department of Insurance. Permit No. 119504607 - 6101 Condor Dr., Suite 200, Moorpark, CA 93021. Permit No. 119505929 - 14800 Trinity Blvd., Fort Worth, TX 76155. Permit No. 119506567 - 3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361. Permit No. 119506570 - 2201 West Plano Parkway, Suites 150 and 300, Plano, TX 75075. Permit No. 119507419 - 10550 West Charleston Blvd., Suite A, Las Vegas, NV 89135.

**OREGON**: Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (800) 777-4001. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

*This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally.*

Equal Housing Opportunity © 2008-2023 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818-224-7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the N.J. Department of Banking and Insurance. Rhode Island Lender License # 20092600LL. For more information, please visit PENNYMAC.COM/state-licenses. Co-op loans not available. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (01-2023)

Rev. 07/2022

| **FACTS** | **WHAT DOES PENNYMAC LOAN SERVICES, LLC DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>▪ **Social Security number** and **employment information**<br>▪ **Account balances** and **payment history**<br>▪ **Transaction history** and **credit history** |
| **How?** | All financial companies need to share **customers'** personal information to run their everyday business. In the section below, we list the reasons financial companies can share their **customers'** personal information; the reasons **PennyMac Loan Services, LLC** chooses to share; and whether you can limit this sharing. |

| **Reasons we can share your personal information** | **Does PennyMac Loan Services, LLC share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes --**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes --**<br>to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes --**<br>information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes --**<br>information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | ▪ Call 866-601-3518 – our menu will prompt you through your choices or<br>▪ Visit us online: **WWW.PENNYMAC.COM/PRIVACY**<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 45 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call toll-free 866-601-3518 or go to **WWW.PENNYMAC.COM/CONTACT-US** |

| What we do | |
|---|---|
| **How does PennyMac Loan Services, LLC protect my personal information?** | To protect your personal information from unauthorized access and use, we maintain physical, electronic, and procedural safeguards that comply with state and federal law. These measures include computer safeguards and secured files and buildings. |
| **How does PennyMac Loan Services, LLC collect my personal information?** | We collect your personal information, for example, when you:<br>- apply for a loan or provide your mortgage information<br>- give us your contact information or give us your income information<br>- provide account information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>- sharing for affiliates' everyday business purposes – information about your creditworthiness<br>- affiliates from using your information to market to you<br>- sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>- *Our affiliates include companies with a Pennymac name.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>- *PennyMac Loan Services, LLC does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>- *Our joint marketing partners include mortgage companies, insurance companies, and companies that provide financial products and services.* |

| Other important information |
|---|

**California Residents:** We will not share your information with nonaffiliated third parties for their marketing purposes except with your express consent. We will not share your personal information with affiliates or with other financial companies for joint marketing purposes if you ask us not to using the opt-out form or instructions called "Important Privacy Choices for Consumers" provided with this notice.

**Nevada Residents:** This notice is provided to you pursuant to state law. You may be placed on our internal Do Not Call List by calling (866) 601-3518, sending a secure message through our website at WWW.PENNYMAC.COM, or writing to PennyMac Loan Services, LLC, Attn: Corporate Privacy, PO Box 788, Moorpark, CA 93020-9903. For more information, contact us at the address above. You may also contact the Nevada Attorney General's office: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: aginfo@ag.nv.gov.

**Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at WWW.PENNYMAC.COM/PRIVACY or by calling (866) 601-3518.

**Texas Residents**: For questions or complaints about this loan, contact PennyMac Loan Services, LLC at 800-777-4001. The lender is licensed and examined under Texas law by the Office of Consumer Credit Commissioner (OCCC), a state agency. If a complaint or question cannot be resolved by contacting the lender, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.

# PennyMac Fee Schedule for New Jersey Properties

## Non-Default Primary & Subordinate Related Fees

Rev. 05/2022

| Type of Fee | Fee Description | Estimated Fee Amount |
|---|---|---|
| Balloon Reset | Fee required to reset the interest rate on the loan to the current market rate for the remainder of the loan's amortization | No Charge |
| Debit Card Payment Fee | Fee Charged for using a debit card to make a payment | Up to $6.75, as permitted by state law |
| Late Charge | Charged when the monthly payment due is not received by the expiration of the grace period defined in the Note | Late fees are based on the terms of the Note, loan type, and as permitted by state law |
| Lien Release Fee | Fee charged to process the lien release | Up to $22.50, as permitted by state law and investor guideline |
| Mortgage Documents | Request to obtain copy of loan documents | No Charge |
| Non-Sufficient Funds Fee (returned payment or returned check fee) | Fee charged for a check or an electronic draft that was returned unpaid by the borrower's depository institution | Up to $20, as permitted by state law |
| Partial Lien Release | Fees charged to process partial lien releases | Up to $100, as permitted by state law |
| Payment History | Request for payment history | No Charge |
| Payment via Automated Pay by Phone Service | 24-hour Automated Pay by Phone Service | No Charge |
| Payoff Demand Statement | Request for payoff demand statement | No Charge |
| Principal Recast | Re-amortization of the loan after a significant principal reduction is made to the loan | Up to $250, as permitted by state law |
| Qualified Assumption Fee/Release of Liability Fee | Application for an additional party to assume the loan obligation or for a co-borrower to be released from liability for the loan obligation | VA - $300<br>FHA - $900<br>FNMA - 1% of UPB ($400 min, $900 max)<br>FHLMC - 1% of UPB ($400 min, $900 max) |
| Recording Fee | Fee charged by the county recorder's office to record a full or partial lien release/satisfaction of mortgage | Fees vary by state, county, document type and number of pages |
| Simple Assumption Fee | Application for name change, or adding new related co-borrower to assume loan obligation (No Release of Liability) | $100 to add a family member<br>Name Change - No Charge |
| Subordination Agreement | When a borrower is refinancing a first lien mortgage and an existing junior lien will remain in a subordinate position after the refinance | $195 |
| Verification of Mortgage Fee (VOM) | Request for VOM (by fax or mail) | No Charge |

# PennyMac Fee Schedule for New Jersey Properties

# Default Primary & Subordinate Related Fees

Rev. 05/2022

| Type of Fee | Fee Description | Estimated Fee Amount |
|---|---|---|
| Appraisal | An opinion by a licensed real estate appraiser of the value of the property securing the mortgage | $350 - $1,200 (varies by state and product type) |
| Bankruptcy Fees and Costs | Attorney's fees and court costs incurred when a borrower or other party with an interest in the property files for bankruptcy | As invoiced by attorney, and permitted by applicable law, loan documents, and investor requirements |
| Broker Price Opinion (BPO) | An opinion by a licensed real estate broker or agent of the value of the property securing the mortgage based on the value of comparable properties | $85 - $235 (varies by state and product type) |
| Foreclosure Fees and Costs | Attorneys and trustee fees and costs incurred in the foreclosure process, including service of process, filing fees, publication and posting to notify interested parties of the foreclosure action, and title services | As invoiced by attorney or trustee services, and permitted by applicable law, loan documents, and investor requirements |
| Modification Fee | Fee for processing a loan modification application | No charge |
| Property Inspection Fee | Inspections are ordered when a loan becomes past due 45 or more days to confirm occupancy and condition of the property | $12 - $75 (fees vary by investor and inspection type) |
| Property Preservation Fee | Fees to maintain vacant or abandoned properties, such as securing the property, property damage repair, removal of personal property/debris, maintaining utilities if necessary, mold remediation, grass cuts and winterization | Varies by type of service and investor/insurer guidelines Fees Range from $50 - $20,000 |
| Short Sale/Deed in Lieu Fee | Fee for processing an application for Short Sale or Deed in Lieu of Foreclosure | No Charge |
| Title Transfer Fee | Cost of the Title Transfer | $50 - $1,200 |

# PennyMac Fee Schedule for New Jersey Properties

# HELOC Specific Fees

Rev. 05/2022

| Type of Fee | Fee Description | Estimated Fee Amount |
|---|---|---|
| Annual Fee | Fee charged on the anniversary date of the Agreement and on each anniversary date thereafter during the time the Advance Period is in effect, whether or not the HELOC Account is used | Up to $750 depending upon Credit Utilization and Advance Period, and as permitted by state law |
| Early Closure Fee | Charged if after any applicable rescission period, you elect to cancel the Agreement within 36 months of the date of the Agreement for any reason | Early Closure fees are based on the terms of the Agreement, and as permitted by state law |
| Late Charge | Charged when the monthly payment due is not received by the expiration of the grace period as defined in the Note | Late fees are based on the terms of the Agreement, and as permitted by state law |
| Non-Sufficient Funds Fee (returned payment or returned check fee) | Fee charged for a check or an electronic draft that was returned unpaid by the borrower's depository institution | Up to $20, as permitted by state law |
| Subordination Fee | Charged when re-subordination request is made | Up to $300 |
| Lien Release Fee | Fee charged to process the lien release | Up to $22.50, as permitted by state law and investor guideline |
| Recording Fee | Fee charged by the county recorder's office to record a full or partial lien release/satisfaction of mortgage | Fees vary by state, county, document type and number of pages |