Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on August 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Michelle A. Rybak, *aka Michelle Annette Rybak* *aka Michelle Rybak* | Case No. 22-18068-JNP |
| | Hearing Date: August 3, 2023 at 11:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny Jr. |

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: August 9, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| Debtor: | Michelle A. Rybak |
|---|---|
| Case No.: | 22-18068-JNP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay and co-debtor stay are hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 700 N. 9th Street, Millville, New Jersey 08332;

2. Movant may join as defendants in said foreclosure action against the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;