Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on August 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Michelle A. Rybak, *aka Michelle Annette Rybak* *aka Michelle Rybak* | Case No. 22-18068-JNP |
| | Hearing Date: August 3, 2023 at 11:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny Jr. |

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 9, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Michelle A. Rybak |
| Case No.: | 22-18068-JNP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay and co-debtor stay are hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 700 N. 9th Street, Millville, New Jersey 08332;

2. Movant may join as defendants in said foreclosure action against the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

United States Bankruptcy Court

District of New Jersey

In re:  
Michelle A. Rybak  
    Debtor

Case No. 22-18068-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 09, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust J ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NEWREZ  LLC DBA SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 09, 2023 | Form ID: pdf903 | Total Noticed: 1

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  LLC laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com

Phillip Andrew Raymond
    on behalf of Creditor PennyMac Loan Services  LLC NJ_ECF_Notices@McCalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron
    on behalf of Creditor NEWREZ  LLC DBA SHELLPOINT MORTGAGE SERVICING bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@fskslaw.com

Seymour Wasserstrum
    on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11