Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−18068−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle A. Rybak
   aka Michelle Annette Rybak, aka Michelle
   Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−7921

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/5/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 6, 2023
JAN: as

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michelle A. Rybak  
    Debtor

Case No. 22-18068-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 06, 2023      Form ID: 148      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519751132 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 519733862 | | Macys/Citi Bank, N.A., 911 Duke Blvd, Mason, OH 45040 |
| 519751143 | + | Matthew S. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519733866 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519751141 | + | The Landis Sewerage, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 519751142 | + | Vineland Municpal Utilities, 640 E. Wood St P.O. Box 1508, Vineland, NJ 08362-1508 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2023 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2023 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 07 2023 00:18:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519757607 | + | EDI: AISACG.COM | Sep 07 2023 00:18:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519787638 | + | EDI: AISACG.COM | Sep 07 2023 00:18:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519733857 | | EDI: BANKAMER.COM | Sep 07 2023 00:18:00 | Bank Of America, 4060 Ogletown Stanton Rd, Newark, DE 19713 |
| 519741535 | | EDI: BANKAMER.COM | Sep 07 2023 00:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519859136 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 06 2023 20:21:00 | Carrington Mortgage Services, 1610 E. Saint Andrew Place, Santa Ana, California 92705-4931 |
| 519733858 | | EDI: DISCOVER.COM | Sep 07 2023 00:18:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519733861 | | EDI: IRS.COM | Sep 07 2023 00:18:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519791937 | + | EDI: AISMIDFIRST | Sep 07 2023 00:18:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519733863 | + | EDI: AISMIDFIRST | Sep 07 2023 00:18:00 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |

Case 22-18068-JNP    Doc 69    Filed 09/08/23    Entered 09/09/23 00:16:59    Desc Imaged
                           Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: 148 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519768902 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 06 2023 20:22:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519733864 | ^ | MEBN | Sep 07 2023 10:34:10 | Office Of The Attorney General, 22 Market Street, PO Box 112, Div Of Law, Richard J Hughes Justice Com, Trenton, NJ 08625-0112 |
| 519733865 | | EDI: PRA.COM | Sep 07 2023 00:18:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519769142 | | EDI: PRA.COM | Sep 07 2023 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519991762 | + | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 20:41:18 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020, PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 519859135 | + | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 20:39:25 | Pennymac Loan Services, P.O. Box 514387, Los Angeles, California 90051-4387 |
| 519786058 | + | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 20:28:07 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 519847907 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 06 2023 20:22:00 | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, ATTN: CUSTOMER SERVICE DEPARTMENT, GREENVILLE, SC 29603, SHELLPOINT MORTGAGE SERVICING, P.O. BOX 29603-0826 |
| 519847906 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 06 2023 20:22:00 | SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, ATTN: CUSTOMER SERVICE DEPARTMENT, GREENVILLE, SC 29603-0826 |
| 519751140 | ^ | MEBN | Sep 07 2023 10:35:22 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519744332 | + | EDI: AIS.COM | Sep 07 2023 00:18:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733867 | + | Email/Text: bankruptcy@bbandt.com | Sep 06 2023 20:22:00 | Truist Bank, PO BOX 1847, Wilson, NC 27894-1847 |
| 519787408 | + | EDI: AIS.COM | Sep 07 2023 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519733869 | + | EDI: VERIZONCOMB.COM | Sep 07 2023 00:18:00 | Verizon Wireless/Southeast, PO Box 26055, Minneapolis, MN 55426-0055 |
| 519733870 | + | EDI: WFFC2 | Sep 07 2023 00:18:00 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 519785476 | | EDI: WFFC2 | Sep 07 2023 00:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519794018 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 06 2023 20:21:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519733859 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519733860 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519991761 | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 519733868 | *+ | Truist Bank, PO BOX 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust J ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Phillip Andrew Raymond | on behalf of Creditor PennyMac Loan Services LLC NJ_ECF_Notices@McCalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11